"Filing by FAX"

Cause number 04-15-0477
Styled David Sab V Kathryn Sab
Motion to extend time

Dear 4th Court of appeals
Per rule 10.5 (b) Motion to extend time David Sab ask the court to extend the time to file
the contest to the trial courts ruling on motion of indigence held on 7-24-15 in Dimmit
county Texas .          ID
(a) The dead line is 8-18-15
(b) The time requested is 5 days
(c) The appellee  has not agreed to to this request ( see attached emails)
The trial court has a pending motion to compel the attorney Duarte to deliver the assets
as directed by the trial courts rulings. The appellant David Sab  has discovered new
evidence in this case to be presented to this court in the 5 days requested. The trail
court is refusing to hear any motions on this matter ( see attached email) It the defense
of David Sab he pleads with this court to extend the time by 5 days in order to present
new evidence to the court.
(d) 1

David Sab
Pro Se
davidsab1801 @icloud.com
830-460-1801

I certify a copy sent to Demetrio Duarte via Email

(1)

From: David Sab <davidsab1801@icloud.com>
Subject: Re: Receivers report
Date: August 9, 2015 1:27:30 PM CDT
To: "Demetrio Duarte Jr." <dduarte@duartelawfirm.com>

Wow ... I will proceed on with the appeals and motions I really question your ability as a lawyer its and endless attack with no evidence of any kind, I would've thought you would advise your client to resolve issues with respect and reason, this is just and endless attack of she said this she said that, and much like the assets its all unproven. We have in our laws, rules to adhere to and this is like a high school debate club. I choose to take the high road, I will add this email to my motions to the courts. You appear to have a client out of control by allowing these attacks with out some kind of verifiable proof. It very evident to me that your refusal to answer simple question is another red flag that the testimony at trial was false, and you have condoned this act. Its like this email you write words that somebody supposedly said there is no proof of quote her words. I have no reason to respond to any of this attack, as if you had proof of your claim,I would be happy to respond. I am very dispointed in your actions. You are the professional in this and this should be very simple to resolve. It will never resolve without following the rules, and laws of the courts and Texas. That until we establish that very simple questions are part of the process and SHOULD not be presented to the court to determine very simple questions, we will proceed on your path of motion after motion. I think this is a very impractical approach to resolution, I feel its vey unethical on your part, I feel its very disrespectful to the court to place this burden upon a very busy docket. I feel this approach is very unprofessional on your part.
Thank you
David
On Aug 9, 2015, at 1:05 PM, Demetrio Duarte Jr. wrote:
That is not what I said at all

That is your self-serving
Spin on what I said in what your misdefine as an effort to confer.

It is a prime example of why Kathryn correctly considers ADR as pointless.    It is always your way or no way,    She Told me to tell you that your dishonesty and abuse caused your divorce.  She is thankful to be free of your lying hateful and vindictive ass.  She' said to tell you that your manipulation and lies and games in court left you where you are.  You have hidden cash and assets and you will never convince her that anything you do is in good faith you piece of shit.    Her words not mine.

Sent from my iPhone

On Aug 9, 2015, at 11:54 AM, David Sab <davidsab1801@icloud.com> wrote:

So I can notice the appeals court and so we are clear on issues
1. You refuse to answer any questions



2. All motions to confer to discuss the issue will be denied.

3. That everything must go thru the court in a motion

4. That regardless of the issue it must be answered by motion.

I ask this to notify all courts involved in this of the case of your position.

That if I provide you by certified evidence.that would resolve the issue and avoid court ruling that is not sufficient and the issue must be answered by the court with motions?

Let me know.


Sent from my iPhone

On Aug 9, 2015, at 10:18 AM, Demetrio Duarte Jr. <dduarte@duartelawfirm.com> wrote:

I will never be given authority to negotiate with you.   So pursue your appeal and forget about any meeting to settle your case.   We should have done that before trial.

Sent from my iPhone

On Aug 8, 2015, at 8:57 PM, David Sab <davidsab1801@icloud.com> wrote:

I completely disagree with your view of law I find your answers in an effort to conseal assets from the IRS is  the fraud in the case that is very apparent

I hope that we can meet in person soon I look for to a resolution..

Please let me know when you and I can meet one on one to discuss the issues I think it will help with the case..

Thanks

Sent from my iPhone '

On Aug 8, 2015, at 8:32 PM, David Sab <davidsab1801@icloud.com> wrote:

I find this very odd response

I question your fitness as a lawyer .. This is a very strange response ..


Sent from my iPhone

Begin forwarded message:

**From:** "Demetrio Duarte Jr." <dduarte@duartelawfirm.com>
**Date:** August 8, 2015 at 5:29:29 PM CDT
**To:** David Sab <davidsab1801@icloud.com>
**Subject: RE: Receivers report**

Mr. Sab:      I just finished reading all of your e-mails.  I am very



confused by what you write in your letters/motions. On some things, you put the cart before the horse. On other things you confuse terms. You suggest you are requesting relief, but then you talk about matters that are not probative of the issues. I won't even go into the facts that I disagree with.

If I put all of those things together, I see no requests of me as Kathryn Hawkins' attorney. So there is no conferring about any issue. If you pay your fee, you can file each of your motions without conferring with me.

I do object to your letters as they are not based on the clerk's record or reporter's record. The statements made by you are not contained in the record, are not preserved for appeal and they will not be considered on appeal. Despite your commentary that all of this may be too confusing for Judge Abascal, I am sure all of the judges understand the rules. Judge Abascal has ruled when appropriate and if you don't have a ruling from him, it is likely because the rules (which you have not considered) do not permit the ruling you are requesting. In simple terms, you may be 100% right when you say "page 10 of the television installation manual says connect the coaxial cable to the receiver." The problem is that particular manual has nothing to do with installing a transmission in the pickup truck you are driving. You can't confuse the constitution, rules of procedure, rules of evidence, appellate rules and facts and then put them in the wrong format and expect any of the judges to rule in your favor. You keep saying you will inundate me with pleadings and that is okay. But have you noticed I am not responding? You haven't done anything yet that requires me to respond. And if I am not responding to something that is not properly filed, it is not likely the courts are going to give you any relief. Nobody needs to box with shadows. I continue to urge you to have an attorney handle this for you if you really expect any relief on appeal. But if you just want to harass me, keep drafting documents that will not be considered by anyone.

I am going home now. I put in a full day and hope you enjoy your evening.



Demetrio Duarte, Jr.
Attorney at Law
2200 Warner
San Antonio, Texas 78201
Telephone:  210-737-6676
Fax:  210-733-6181

**From:** David Sab [mailto:davidsab1801@icloud.com] **Sent:** Saturday, August 08, 2015 4:49 PM **To:** Demetrio Duarte Jr. **Subject:** Fwd: Receivers report

email from trial court clerk , stating the position of the trial court refusing any motions to be heard by trial court , requesting a appeals court ruling.  I understand the rules and by rule the trial court should rule on the matters per rule. However I believe after 17 or 20 hearings Ive lost count that want nothing to do with this case.... They are perplexed as to how I can be awarded 239,000 in assets and now have to rules on the other issues with a 600K negative net worth, Or how a 1956 jeep and a weapon are the only items that can be verified by law , as awarded to me. or how to determine a cash deposit based on a negative 600K net worth, the rules say it cannot exceed 50% of my net worth or 25 million dollars.. and the rule says it cannot cause me financial harm.. Might be a bit confusing to the judge how to proceed.
It up to you how we proceed , I can forward all this to the appeals court and let them decide.... Or you can decide an alternative !!! I really don't care either way.. Its not my time or money , I have no job and no way to get a job other than a low income position, as I cannot locate my assets, vehicles , tools, nothing... I suppose we will go back to hearings and please allow for witnesses time wise , I think each hearing can be done is 10 to 12 hours of court time. To protect myself I feel live witnesses are my best defense , and we can wrap up the three hearings in 3 days. If no appeals are necessary , then Suspect we have another day or two of court time.. let me know



Begin forwarded message:

**From:** Mel <mel_gonzalez365@att.net>
**Subject: Re: Receivers report**
**Date:** August 7, 2015 1:19:27 PM CDT
**To:** David Sab <davidsab1801@icloud.com>
**Cc:** "maricelagonzalez@dimmitcounty.org"
<maricelagonzalez@dimmitcounty.org>, "Demetrio Duarte
Jr." <dduarte@duartelawfirm.com>, Frances Morgan
<fmorgan@duartelawfirm.com>

Mr. Sab,   While this case is on a appeal this court cannot act on anything, until the court of appeals rules.   Thank you.          Melissa Gonzalez     Family & Juvenile Court Coordinator      365th Judicial District Court     501 E. Main St.   Eagle Pass, Texas 78852     (830) 773-1221 Ext. 104    Fax (830) 757-2720        Sent from my iPhone
On Aug 7, 2015, at 12:58 PM, David Sab <davidsab1801@icloud.com> wrote:

Miss Melissa
I agree completely , please note in the court schedule that Mr . Duarte has stated in his responses to
me  he wishes me to produce live witnesses at the net worth hearings with respect to assets and debits, this is perfectly ok with me however I feel a huge waste of court time for issues that can be solved with certified documents and bank records issued by the bank certified by the bank as originals.
Please note to the schedule of the court
that I have some 12 witness to
present testimony with respect to my assets and debits as the affidavit states.
Some will require a subpoena, primarily the RO officer with the IRS.  I



think 8 hours of court time will be required

I have submitted certified documents to Mr. Duarte and he refuses to accept this as proof. His only answer is he will only respond to court pleadings at hearings.
My only other option is live witnesses to heard by the court.


Thank you
David Sab


On Aug 7, 2015, at 12:39 PM, Mel <mel_gonzalez365@att.net> wrote:


Mr. Sab
The clerk is the keeper of the courts files. Please contact the clerk.
Thank you.

Melissa Gonzalez
Family & Juvenile Court Coordinator
365th Judicial District Court
501 E. Main St.
Eagle Pass, Texas 78852
(830) 773-1221 Ext. 104
Fax (830) 757-2720

Sent from my iPhone

On Aug 7, 2015, at 12:34 PM, David Sab <davidsab1801@icloud.com> wrote:

Miss Gonzalez
I contacted your office yesterday to obtain a copy of the receivers report submitted to the court at the hearing held on November 7th 2014 and was told a certified copy was not available as it was not in the courts record.

Per rule 34.5 of the appellant rules of procedure (c) (1) please consider this mail an attempt to add the receivers report to the record. I contacted Mr Duarte and

Mr Duarte only will respond to court pleadings as he states in all his communications to me.

Please consider this email as notice of my motion to the trial court to conduct a hearing to determine its ruling on adding the report to the file .

I will notice the 4th court of appeals of this motion to add the report to the record as the report is an essential piece of evidence needed in the contest to my indigent status as well as the upcoming hearing for the motion to supersede the judgment per rule 24 (C) (A) (1) (A) with respect to my negative net worth as well as many other issues that plague this horrible case.

I will forward the motion to your office in today's mail  as I am aware you only accept signed originals for motions .


Thank you
David Sab



# Office DEPOT. OfficeMax®
## complimentary fax cover sheet

*"ting by FAX"*

number of pages including cover sheet: **9**

attention to: **Elizabeth Montoya**          date: **8-10-14**

company: _____          from: _____

phone #: _____

fax #: **210-335-2762**          company: _____

senders phone #: _____

comments: **David Sab**
**Case 04-15-0477**

KEITH E. HOTTLE, CLERK

2015 AUG 10 PM 4:16

IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
FILED

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.

Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot Inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

| local first page | long distance first page | international first page |
|---|---|---|
|  |  |  |
| 833071 | 833081 | 833191 |

| local additional page | long distance additional page | international additional page |
|---|---|---|
|  |  |  |
| 456687 | 833091 | 833201 |

depot|max store6684
202 W I-20
Weatherford, TX 76086
p: 817.599.8003 f: 817.599-8233
ods06684cpc@officedepot.com

## Office DEPOT

2019 AUG 10 PM 4:19